**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-608-7814

*Attorneys for Plaintiff*
GRAND WELCOME FRANCHISING, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GRAND WELCOME FRANCHISING, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN ALLEN, an individual; NICOLE ALLEN, an individual; JEFF LUTZ, an individual; ANNELIESE LUTZ, an individual; ARKANSAS VACATION RENTAL PROPERTY MANAGEMENT INC., a for-profit corporation; KJAL, LLC, a limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01462-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Grand Welcome Franchising, LLC ("Grand Welcome'), by and through their counsel of record, Hone Law, and Defendants Jeff Lutz, Anneliese Lutz, and Kevin Allen (together "Franchisees"), Nicole Allen ("Franchise Guarantor"), Arkansas Vacation Rental Property Management Inc. ("Arkansas VRPM"), KJAL, LLC ("KJAL"), (collectively, "Defendants"), by and through counsel, the law firms of Snell & Wilmer and Big Rock Legacy Law Group (Grand Welcome and Defendants collectively referred to as the "Parties" and each individually as a "Party"), hereby dismiss with prejudice all claims made or that could have been made by the Parties in this action.

/ / /



1

1  The Parties further agree that there are no upcoming hearings or trial set in this matter,
2  and all pending deadlines shall be vacated.
3  The Parties further agree that each Party is to bear its own costs, expenses, and attorney
4  fees.

5  Dated the  5th  day of March 2025.         Dated the 5th day of March 2025.

6  HONE LAW                                   SNELL & WILMER L.L.P.

8  /s/ Leslie A. Godfrey                      /s/ Leon Jones Jr.
   Eric D. Hone, NV Bar No. 8499              Alex L. Fugazzi, NV Bar No. 9022
   ehone@hone.law                             afugazzi@swlaw.com
9  Leslie A. S. Godfrey, NV Bar No. 10229     Christian P. Ogata, NV Bar No. 15612
   lgodfrey@hone.law                          cogata@swlaw.com
10 Kelly B. Stout, NV Bar No. 12105           1700 S. Pavilion Center Drive, Suite 700
   kstout@hone.law                            Las Vegas, NV 89135
11 701 N. Green Valley Parkway, Suite 200     Attorneys for Defendants
   Henderson, NV 89074
12                                            BIG ROCK LEGACY LAW GROUP, PLC
                                              Leon Jones Jr., AR Bar No. 2007084
13 *Attorneys for Plaintiff*                  leon@brllg.com
   *Grand Welcome Franchising, LLC*           425 W. Capitol, Ste 1234
14                                            Little Rock, AK 72201
                                              *Admitted Pro Hac Vice*

                                              *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: ___March 6, 2025___



2